# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-cr-00153 |
| | ) | Judge Trauger |
| MARK FRANKLIN SHANKLE, | ) | |

## O R D E R

It is hereby **ORDERED** that this case is set for a change of plea hearing on Friday, August 14, 2015, at 2:00 p.m.

It is so **ORDERED.**

Enter this 5th day of August, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge