UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED. Hearing set for 12/17/15 at 9:30 a.m.**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12-00153 |
| ) | JUDGE TRAUGER |
| MARK FRANKLIN SHANKLE ) | |

## MOTION REQUESTING BOND HEARING

Through counsel, defendant Mark Shankle moves the Court to set his case for a bond hearing. In support of this motion, Mr. Shankle would show the following:

1. Mr. Shankle has pleaded guilty to felonious possession of a firearm. (R. 46, Order.)

2. When Mr. Shankle had his federal Initial Appearance on this charge, in August 2012, Mr. Shankle was serving a state sentence for a parole violation for the same conduct charged in this case. Because Mr. Shankle already was in state custody, he did not seek a federal bond or detention hearing upon his appearance in federal court.

3. Mr. Shankle has now been released from his state sentence and is in the custody of the United States Marshal pending resolution of the federal case.

4. Mr. Shankle now requests a hearing before the Court to determine whether he should be released pending sentencing in this matter. As will be demonstrated at the hearing, it appears that Mr. Shankle may have served all or most of the sentence that the parties anticipate may be imposed at Mr. Shankle's sentencing hearing.

5. Defense counsel requests, subject to court's availability, that this hearing be set on December 17th, December 18th (afternoon only available), December 22nd (morning only available), or December 23rd. Defense counsel does not know government's availability.